John Galley, Respondent, v. William Brennan, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of probable cause. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

In the Matter of Edwin H. Risley, Attorney at Law.— Decision of motion to set aside order of disbarment deferred, in view of the fact that the reversal of the judgment of conviction by the Court of Appeals was not upon the merits, and that the new trial is shortly to take place.

. William E. Lawton, Respondent, v. Warren Cronk, Appellant.— Motion granted and appeal dismissed, without prejudice to an application by defendant to the Special Term on proper papers pursuant to section 1232 of the Code of Civil Procedure, if so advised.

Anna Owen, Respondent, v. Corning and Painted Post Street Railway, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of Robert R. Webster for the Appointment of Commissioners to Ascertain the Damage to His Property Caused by the Change of Grade of Street in Cuba Village.— Judgment affirmed, with costs, upon stipulation filed.

In the Matter of the Application of James M. Barnes for the Appointment of Commissioners to Ascertain the Damage to His Property Caused by the Change of Grade of Street in Cuba Village.— Judgment affirmed, with costs, upon stipulation filed.

Margaret Bella, as Administratrix, etc., Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Elizabeth J. Velzy, Respondent, v. Fred J. Velzy and Frank E. Velzy, Appellants, Impleaded with Others.— Appeal dismissed, without costs, upon stipulation filed.

## THIRD DEPARTMENT, DECEMBER, 1915.

Andrew Biondo, an Infant, by Nunzio Biondo, His Guardian ad Litem, Respondent, v. The New York Central Railroad Company, Appellant.— Order affirmed, with costs. All concurred, except Howard, J., who dissented.

The Evening Herald Company, Respondent, v. Willis Sharpe Kilmer and Jerome B. Hadsell, Appellants.— Sent to Fourth Department.*

Edward P. Gainor, Appellant, v. Boston and Maine Railroad, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg, P. J., who dissented.

Charles A. Gage, Respondent, v. Interborough Rapid Transit Company, Appellant.— Order modified by providing that the place of trial shall be changed from the county of Tioga to the county of Orange, and as modified affirmed, without costs. All concurred, except Howard, J., who dissented.

* See Code Civ. Proc. § 231, as amd. by Laws of 1915, chap. 553.— [REP.